UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | Cause No. 3:14-CR-00038-RLY-WGH-1 |
| | ) | |
| MICHAEL J. RUPERT | ) | |
| *Defendant* | ) | |

## MOTION TO CONTINUE

Comes now the Defendant, Michael J. Rupert, by counsel, Mark K. Phillips, and hereby requests the Court to continue the jury trial set herein on July 27, 2015, at 9:00 AM for the following reasons:

1. Attorney for the Defendant will be on vacation from July 1, 2015, until July 30, 2015.

2. The parties are attempting to negotiate a plea agreement, and this matter is not ready for trial.

WHEREFORE, the Defendant, by counsel, prays the Court to continue the trial scheduled to begin on July 27, 2015, at 9:00 AM , and for all other just and proper relief in the premises.

Respectfully submitted,

7/01/2015          /s/ Mark K. Phillips
Date                   Signature

Mark K. Phillips, Atty. No. 16941-49
*Printed Name and Bar number*

114 S. 3rd Street, P.O. Box 427
Boonville, Indiana 47601
*Address*
(812)897-4400
*Telephone Number*
(812)897-4451
*Fax Number*
markphillipslawyer@yahoo.com

*Email Address*

**CERTIFICATE OF SERVICE AND COMPLIANCE**

    I, the undersigned, hereby certify that on the **1ˢᵗ day of July 2015**, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Todd Stanton Shellenbarger*
*UNITED STATES ATTORNEY'S OFFICE - EV*
*101 NW Martin Luther King, Jr. Blvd.*
*Suite 250*
*Evansville, IN 47708*
[Todd.Shellenbarger@usdoj.gov](mailto:Todd.Shellenbarger@usdoj.gov)

                                          /s/ Mark K. Phillips